IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-018-JLH |
| | ) **ANDA CASE** |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S
MOTION TO DISMISS UNDER RULE 12(B)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Teva Pharmaceuticals USA, Inc.

("Teva") moves for the entry of an Order dismissing this action under Federal Rule of Civil

Procedure 12(b)(6). The grounds for this motion are set forth in Teva's Brief filed concurrently

herewith.

|  |  |
|---|---|
| | */s/ Karen E. Keller*                         T |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Nathan R. Hoeschen (No. 6232) |
| J.C. Rozendaal | SHAW KELLER LLP |
| Deirdre M. Wells | I.M. Pei Building |
| Byron L. Pickard | 1105 North Market Street, 12th Floor |
| William H. Milliken | Wilmington, DE 19801 |
| STERNE, KESSLER, GOLDSTEIN | (302) 298-0700 |
|  & FOX P.L.L.C. | jshaw@shawkeller.com |
| 1101 K Street, NW, 10th Floor | kkeller@shawkeller.com |
| Washington, DC 20005 | nhoeschen@shawkeller.com |
| (202) 371-2660 | *Attorneys for Defendant Teva* |
| | *Pharmaceuticals USA, Inc.* |

Dated: February 9, 2024