# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 24-18-JLH |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiff Vanda Pharmaceuticals Inc. and Defendant Teva Pharmaceuticals USA Inc., subject to the approval of the Court, that the deadline for Plaintiff to file its Answering Brief in opposition to Defendant's Motion to Dismiss Under Rule 12(b)(6) (D.I. 33) is extended to and including March 8, 2024 (from February 23, 2024).

Dated: February 20, 2024

| MCCARTER & ENGLISH, LLP | SHAW KELLER LLP |
|---|---|
| */s/ Daniel M. Silver* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> 405 N. King St., 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6331 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for Plaintiff* <br> *Vanda Pharmaceuticals Inc.* | */s/ Nathan R. Hoeschen* <br> John W. Shaw (# 3362) <br> Karen E. Keller (#4489) <br> Nathan R. Hoeschen (#6232) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Flr. <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br><br> *Attorneys for Defendant* <br> *Teva Pharmaceuticals USA Inc.* |

ME1 47678423v.1

IT IS SO ORDERED, this ___ day of _____, 2024.

_____
United States District Judge