**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| VANDA PHARMACEUTICALS INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>            Defendant. | C.A. No. 24-18-JLH |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by the parties to the above-captioned action through their undersigned counsel, subject to the approval of the Court, that:

1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Vanda Pharmaceuticals Inc. dismisses with prejudice its claim in this action (Count I for False Advertising—Lanham Act § 43(a), 15 U.S.C. § 1125(a)), with each party to bear its own attorneys' fees and costs.

2.  Pursuant to Federal Rule of Civil Procedure 41(c), Defendant and Counterclaim Plaintiff Teva Pharmaceuticals USA, Inc. dismisses with prejudice its Counterclaim Count II (Violation of Section 43 of the Lanham Act (Unfair Competition)), Counterclaim Count III (Deceptive Trade Practice Under DDPTA § 2532), and Counterclaim Count IV (Unfair Competition (Common Law)), with each party to bear its own attorneys' fees and costs.

3.  Pursuant to Federal Rule of Civil Procedure 41(c), Defendant and Counterclaim Plaintiff Teva Pharmaceuticals USA, Inc. dismisses without prejudice its Counterclaim Count I

(Violation of Section 2 of the Sherman Act (Attempted Monopolization)), with each party to bear its own attorneys' fees and costs.  The substance of that claim has been asserted as Counterclaim Count IV (Violation of Section 2 of the Sherman Act (Attempted Monopolization)) in C.A. No. 24-1345-JLH, which has been consolidated into C.A. No. 23-152-JLH, and is being litigated in C.A. No. 23-152-JLH.

4.    In view of the foregoing, the above-captioned action can be closed.

Dated:  January 14, 2026

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*
*Vanda Pharmaceuticals Inc.*

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*
John W. Shaw (# 3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Flr.
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

SO ORDERED this __20th__ day of January 2026.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE